**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **PETER J. MESSITTE** | 6500 CHERRYWOOD LANE |
| UNITED STATES DISTRICT JUDGE | GREENBELT, MARYLAND  20770 |
| | 301-344-0632 |

## MEMORANDUM

TO:  Mr. Josephat Mua
     Counsel of Record

FROM: Judge Peter J. Messitte

RE:   Mua v. The Maryland Office of the Attorney General et al.
      Civil No. PJM 14-2070

DATE: May 13, 2015

\* \* \*

On May 8, 2015 the Court received further correspondence from pro se Plaintiff Josephat Mua. Although captioned and docketed in Mua v. The Maryland Office of the Attorney General et al., at ECF No. 38, the correspondence makes reference to motions, orders, and other matters in Mua v. The O'Neal Law Firm, LLP et al., Civ. No. PJM 14-2334, and seeks relief in both cases.

The Court reminds Mr. Mua that Mua v. The Maryland Office of the Attorney General et al. and Mua v. The O'Neal Law Firm, LLP et al. are separate civil actions pending before this Court. Mr. Mua may not make filings in one case that ask the Court to take action in the other case.

Mr. Mua indicates that he filed in this Court what is styled as a Response to Defendant Prince George's County's Motion for Summary Judgment on May 4, 2015. The Clerk of the Court correctly rejected the filing and returned the document to Mr. Mua because it failed to comply with the Court's May 1, 2015 Order. ECF No. 36.

Each of the four defendants in this case have filed motions to dismiss or motions for summary judgment against Mr. Mua. See ECF Nos. 11, 12, 14. Mr. Mua has already filed a Response to Defendant Prince George's County's Motion for Summary Judgment, as well as to Defendant Maryland Office of the Attorney General and Defendant Maryland State Board of Education. That Response is 50 pages in length, with a 45 page affidavit by Mr. Mua, and contains over 100 exhibits. See ECF Nos. 28-33. Mr. Mua has also already filed a Response to Defendant Nancy Kopp's Motion to Dismiss. ECF No. 27.

Mr. Mua has therefore already filed responses to all Motions to Dismiss currently pending against him in this case. Accordingly, Mr. Mua **SHALL NOT** make any further filings with respect to the motions to dismiss or motions for summary judgment filed by Defendants Prince

George's County, Maryland Office of the Attorney General, Maryland State Board of Education, or Nancy Kopp.

Mr. Mua further alleges that Defendant Kopp filed documents with the Court without serving him a copy, and requests an extension of time to respond to this filing. The filing in question appears to be Defendant Kopp's Reply to Mua's Opposition, ECF No. 34, filed April 29, 2015. The Court construes Mr. Mua's request as a Motion to File a Surreply to Defendant Kopp's Opposition. The Court **DENIES** this Motion. The Court reiterates that Mr. Mua **SHALL NOT** make any further filings with respect to the motion to dismiss filed by Defendant Kopp.

If Mr. Mua has not received Defendant Kopp's Reply, Mr. Mua should so inform counsel for Defendant Kopp in writing. Counsel for Defendant Kopp **SHALL** then promptly supply Mr. Mua with a copy at the following address: 2332 London Bridge Dr., Silver Spring, MD, 20906.

Mr. Mua further states that he is "appreciative of the Court's order of Extension of time to June 1st 2015 to respond to the Defendants in this case." ECF No. 38, at 2. The Court has done no such thing. The Court only extended response deadlines in Mua v. The O'Neal Law Firm, LLP et al. As noted above, Mr. Mua has already responded to each of the Defendants' motions to dismiss or motions for summary judgment in Mua v. The Maryland Office of the Attorney General et al. Accordingly, the Court again reiterates that Mr. Mua **SHALL NOT** make any further filings with respect to the motions to dismiss or motions for summary judgment in Mua v. The Maryland Office of the Attorney General et al.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                 /s/
                                     PETER J. MESSITTE
                        UNITED STATES DISTRICT JUDGE

cc:    Court File

       Josephat Mua
       2332 London Bridge Dr
       Silver Spring, MD 20906